| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| United States of America, | § | |
| | § | **Government Collection** |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2023A31174) |
| Freddie Norris, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Harris County, Texas, and may be served with process at 1503 York Creek Drive, Houston, Texas 77056.

3. *The Debt.* The debt owed to the United States arose through U.S. Department of The Treasury acting on behalf of U.S. Department of Health & Human Services, Centers for Medicare & Medicaid Services (HHS/CMS) under the Medicare Secondary Payer (MSP) provisions of the Social Security Act. See February 27, 2020 Letter which is attached as Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 8,817.21 |
| B. | Interest (capitalized and accrued) | $ | 2,958.55 |
| C. | Administrative fees, costs, penalties<br>(Including $405.00 Filing fee) | $ | 405.00 |

|   |   |   |   |
|---|---|---|---|
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 12,965.76 |

F. Prejudgment interest accrues at 10.13% per annum being $2.45 per day.

G. The current principal in paragraph 3(A)A is after credits of $0.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

A. The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

B. Attorney's fees; and,

C. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: /s/ M. H. Cersonsky
M. H. Cersonsky, TBN: 04048500
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff